THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY BAKER, Appellant. (Appeal No. 2.) [930 NYS2d 525]—

Same memorandum as in *People v Baker* (87 AD3d 1313 [2011]). Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.